UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TREMAYNE TALISON,                                Case No. 2:04-CV-125

    Petitioner,                                  Hon. Richard Alan Enslen

v.

TERRY SHERMAN,
                                          **FINAL ORDER**

    Respondent.            /

In accordance with the Opinion issued on this date:

**IT IS HEREBY ORDERED** that Petitioner Tremayne Talison's Objections (Dkt. No. 41) are **DENIED** and the Report and Recommendation (Dkt. No. 40) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Petitioner Tremayne Talison's Petition for Writ of Habeas Corpus (Dkt. No. 1) is **DENIED**.

**IT IS FURTHER ORDERED** that Petitioner is **DENIED** a certificate of appealability as to all issues asserted in his Petition.

                                      /s/ Richard Alan Enslen
DATED in Kalamazoo, MI:                    RICHARD ALAN ENSLEN
       May 4, 2007                                SENIOR UNITED STATES DISTRICT JUDGE